IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL A. COLON
    Plaintiff

v.

JO ANNE BARNHARD, Commissioner
of Social Security
    Defendant

Civil No. 04-2020(HL/ADC)

## ORDER AMENDING JUDGMENT

The Opinion and Order issued on March 10, 2006, (**Docket No. 21**) is amended to reflect that the number of worked hours totals 28.62 and not 21.87. Total amount of attorney's fees is $3,577.50 (28.62 hours × $125) and not $2,733.75 as reflected at page 4 of the Opinion and Order. Thus, the total amount of attorneys fees to be paid is $3,577.50.

Note is taken of the fact that counsel itemization of hours worked on September 28, 2005 reflected 7.5 although the actual total time worked was .75 hours.

**SO ORDERED.**

At San Juan, Puerto Rico, on this 17th day of March, 2006.

S/AIDA M. DELGADO-COLON
U.S Magistrate-Judge